U.S. Dist. Court
District of New Jersey

RECEIVED

MAY 2 0 2022

AT 8:30_____M
WILLIAM T. WALSH, CLERK

Complaint
Jury Trial ☒Yes ☐ No

Anthony Fontanez
   Plaintiffs

- Against-

Commissioner Victoria L. Kuhn
S.W.S.P. Administrator AL Solanik
S.W.S.P. Administrator Anthony Degner
S.W.S.P. S.I.D. Ronald Tobolski
S.W.S.P. Correctional Police Lt. M. Poloff
S.W.S.P. Correctional Police Sgt. P. Betancart
S.W.S.P. Correctional Police Sgt. C. Muessig
S.W.S.P. Senior Correctional Police G. Carson
S.W.S.P. Senior Correctional Police S. Brobst
S.W.S.P. Senior Correctional Police W. Gaskill
S.W.S.P. Senior Correctional Police K. McMahon

1

S.W.S.P. Senior Correctional Police M. VanKline
S.W.S.P. Senior Correctional Police N. Goswick
S.W.S.P. Senior Correctional Police A. Sorrell
S.W.S.P. Senior Correctional Police J. Morales
S.W.S.P. Medical Dept. R.N.      Hogans
S.W.S.P. Medical Dept. R.N.  T. Andino
S.W.S.P. Mental health  K. Liborio
S.W.S.P. Mental heath Dr. F. Massumove
Individually And in their
official capacities
    Defendants

I.      Parties in this complaint

A.


1. Plaintiff  Name: Anthony Fontanez
street Address: 1100 Wood Bridge Rd.
County, City: middlesex; Raway
STATE; Zipcode: New Jersey   07065
Telephone Number: (732)-499-5010


2. B  Defendant no. 1                    -

2

NAMe: Commissioner Victoria L. Kuhn
Street Address: STATE of New Jersey
Dept. of corrections Whittlessey Rd
P.O. Box 863
County, City; Mercer; Trevton
State And zipcode; NewJersey 08625-0863

3. Defendant no. 2 Name: southwood
State Prison Administrador AL Solanik
Street Address: 215 South Burlington Rd
County, City: Cumberland; Bridgeton
State And zipcode; NewJersey 08302

4. Defendant No. 3 Name: Southwood
State Prison Administrator Anthony Degner
Street Address: 215 South Burlington Rd
County, City: Cumberland; Bridgeton
State And zip code; New Jersey 08302

5. Defendant no. 4. name: South wood STATE
Prison S.I.D. Ronald Tolbolski
Street Address: 215 South Burlington Rd.-

3

County, City; Cumberlad; Bridgeton
State And Zip code: New Jersey 08302

6. Defendant no. 5. name: Southwood
State Prison Correctional Police Lt.
M. Poloff
Street Address: 215 South Burlington Rd.
County, City: Cumberland; Bridgeton
State And Zip code: New Jersey 08302

7. Defendant no. 6. name: Southwood
State Prison Correctional Police SGt.
P. Betancourt
Street Address: 215 South Burlington Rd.
County, City; Cumberlaud; Bridgeton
State And Zip code; New Jersey 08302

8. Defendant no. 7. name: Southwood
State Prison Correctional Police SGt.
C. Muessig
Street Address: 215 South Burlington Rd.
County, City; Cumberland; Bridgeton

4

State And zipcode; NewJersey 08302

9. Defendant no.8 name: Southwood
State Prison Senior Correctional Police
G. Corson
Street Address: 215 South Burlington Rd.
State And zip code; NewJersey 08302

10. Defendant no.9 name: South wood
State Prison Senior Correctional Police
S. Brobst
Street Address: 215 South Burlington Rd.
County; City: Cumberland; Bridgeton
State And zip code; NewJersey 08302

11. Defendant no. 10 name: Southwood
State Prison Senior Correctional Police
W. Gaskill
Street Address: 215 South Burlington Rd.
County; City: Cumberland; Bridgeton
State And zip code: NewJersey 08302

5

12. Defendant No. 11 Name: Southwood State Prison Senior Correctional Police K. McMahan
Street Address: 215 South Burlington Rd.
County; City; Cumberland; Bridgeton
State and zip code: New Jersey 08302

13. Defendant No. 12 name: Southwood State Prison Senior Correctional Police M. VanKline
Street Address: 215 South Burlington Rd.
County; City; Cumberlad; Bridgeton
State and zipcode: New Jersey 08302

14. Defendant No. 13 name: Southwood State Prison Senior Correctional Police N. Gaskill
Street Address: 215 South Burlington Rd.
County; City; Cumberland; Bridgeton
State and zipcode: New Jersey 08302

6

15. Defendant no. 14 name: Southwood
State Prison Senior Correctional Police
A. Sorrell
street Address: 215 South Burlington Rd.
County, City; Cumberland; Bridgeton
State; zipcode: NewJersey 07065

16. Defendant no. 15 name: Southwood
State Prison Senior Correctional
Police J. Morales
street Address: 215 South Burlington Rd.
County; City; Cumberland; Bridgeton
State; zip code; NewJersey 07065

17. Defendant no. 16 name: Southwood
State Prison medical Dept. R.N.
___ Hogans
street Address: 215 South Burlington Rd.
County; City; Cumberland; Bridgeton
State; Zip Code; NewJersey 07065

18. Defendant no. 17 name: Southwood-

7

State Prison medical Dept R.N.
T. Andino
Street Address: 215 South Burlington Rd.
Canty; City; Cumberlad; Bridgeton
State; Zipcode: NewJersey 07065

19. Defendant no. 18 name: South Wood
State Prison mental health Dept.
K. Liborio
Street Address: 215 South Burlington Rd.
Canty; City; Cumberlad; Bridgeton
State; zipcode: NewJersey 07065

20. Defendant No. 19. name: South Wood
State Prison mental health Dept.
Dr. F. Massumove
Street Address: 215 South Burlington Rd.
Canty; City; Cumberlad; Bridgeton
State; zipcode; NewJersey 07065

21. II - Basic for Jurisdiction

8

22. A. What is the basic for Federal jurisidiction?

23. ☒ Federal Question of Citizenship

24. B. If the basic for jurisdiction is Federal Question, what Federal constitutional, statutory or treaty right at issue

25. Defendant No. 1: Commissioner Victoria L. Kuhn violated Plaintiff <u>Eight Amendment</u>: A.D.A. (America Disability Act) not enforcing Policy to defendant's at S.W.S.P. initreating Plaintiff for mental health After excessive force was place on him, following up with S.W.S.P. making sure the A.D.A. Policy and procedure is carry out on inmates -

9

And Plaintiff, deliberate indifference
to a serious medical need, denying
Plaintiff appropriate medical and
psychological mental health service
After excessive force on him.
Cruel and unusual punishment
placing Plaintiff in a dry cell,
taking all his clothes, not document
this has happen, humiliation
After excessive force, allowing
defendant's to fabricate evidence
to gain a sham investigation for
S.I.D. Ronald Tolbolski to get a
Affidavit for Proper cause for
charges on Plaintiff in
criminal court under 2c:12-1B
(5)(H) where no video or
camera's exist on I-house 2 Foyer
to support charge of assault on
defendant Steven Brobst #6083,
denying Plaintiff Safety by not
enforcing Policy on defendants
at Southwood State Prison by

10

providing camera's on I-house
2- Foxer to prevent excessive
force on Plaintiff or other inmates

26. Defendant no. 1: Commissioner
Victoria L. Kuhn violated Plaintiff
Fourteenth Amendment: Denied Equal
Treatment of law inmates similar
situated like him in receiving
proper treatment by defendants that
doesnt offends the Constitutional.

27. Defendants no. 2 and 3: South wood
State Prison Administrator's AL-
Solanik And Anthony Degner
violated Plaintiff First Amendment:
Retalation for Freedom of Speech
And Freedom of Expression in his
confinement at South wood State
Prison which lead to excessive
Force on him

11.

28. Defendant's NO. 2 and 3: South Wood State Prison administrator's) ALSOlanik and Anthony Degner violated Plaintiff <u>Eight Amendment</u>: Cruel and unusual punishment for allowing S.I.D. Ronald Tobolski conduct a sham investigation of excessive force done on Plaintiff by officer's K. McMahan, W. Gaskill, S. Brobst, G. Corson, SGt. C. Muessig, SGt. P. Betancart and Lt. M. Poloff. Failure to place camera's around I-house 2-Foyer where excessive force took place, and/or known to cover up past or present excessive force in that area where no video would be seen, place Plaintiff in a dry cell without ANY clothes on to humiliate After excessive force, deliberate indifference to a serious medical need After excessive force done-

12

to him, denied proper medical Attention by R.N. Hogans, R.N. T. Andino, denied proper mental health service under A.D.A. by K. Liborio and Dr. F. Massumane.

29 Defendants No. 2 and 3: Southwood State Prison Administrator(s) AL-Solonik and Anthony Deguer violated Plaintiff <u>Fourteenth Amendment</u>: Denied Equal Protection of the law inmates similar situated like him in receiving proper medical Attention, mental health service under A.D.A. and safety while housed at Southwood State Prison.

30. Defendant No. 4: Southwood State Prison S.I.D. Ronald Tolbolski violated Plaintiff <u>First Amendment</u>: retalation for Freedom of Speech-

13

Freedom of Expression without threat safety and security of Southwood State Prison.

31. Defendant No. 4: Southwood State Prison S.I.D. Ronald Tolbolski violated Plaintiff <u>Eight Amendment</u>: Cruel and unusual punishment for conducting a sham, Fabricated investigation in excessive force by officer's K. McMahan, W. Gaskill, S. Brobst, G. Corson, Sgt. C. Muessig, Sgt. P. Betancourt, And Lt. M. Poloff, filing criminal charges on Plaintiff for assault Knowing no video exist of incident or camera's in Area of I-house 2 Foyer to prevent excessive force by officer(s) On inmates or Plaintiff, denied to investigate A deliberate indifference serious medical Need After assult, proper procedure for mental health-

14.

service under A.D.A. After excessive force done by officer's in this complaint And order Plaintiff to be in a dry cell, strip search, to humiliate And/or denied to file any complaints.

32. Defendant no. 4: Southwood State Prison S.I.D. Ronald Tolbolski violated Plaintiff Forteenth Amendment: Denied Equal Protection of the law in mates similar situated like him in providing Safety, proper investigation of excessive force, medical And mental health treatment under A.D.A.

33. Defendant's no. 5, 6, And 7: Southwood State Prison Correctional Police Lt. M. Poloff, SGt. P. Betancourt And SGt. B- Corson violated Plaintiff First Amendment: Retaliation in his-

confinement at southwood state
Prison for Freedom of speech that
lead to excessive force on him

34. Defendant's no. 5, 6, and 7: South-
wood state Prison correctional
Police Lt. M. Poloff, Sgt. P. Betoncart
And Sgt. C. Muessig violated
Plaintiff Eight Amendment:
Cruel And unusual punishment
fabricating a incident report that
Plaintiff assaulted officer Steven
Broobst #6083 on I House Z Foyer
Area where no camera's is located
or video showing alledged assault,
order Plaintiff to be housed in
a dry cell, strip search to humiliate,
deliberate indifference to a serious
medical need in providing proper
medical attention After excessive
force And denied proper mental
health Treatment under A. D. A. -

16

Providing false statements to
S.I.D. Ronald Tolbolski to
Gain a criminal court complaint
under 2C:12-1 B(5) (H) for assault
on officer Steven Brobst where no
video exist of assault.

35. Defendants no. 5, 6, and 7: Southwood
State Prison Correctional Police
Lt. M. Poloff, SGt. P. Betencart
And SGt. C. Muessing violated Plain-
tiff Fourteenth Amendment: Denied
equal protection of the law inmates
similar situated like him in providing
safety, proper investigation of
excessive force, medical and mental
health Treatment under A.D.A.

36. Defendants no. 8, 9, 10, 11, 12, 13, 14
And 15: Southwood State Prison
Senior Correctional Police G. Corson,
S. Brobst, W. Gaskill, K. McMahan-

17

M. Van Kline, N. Gaswick, A. Sorrell, and J. Morales violated Plaintiff First Amendment: Retaliation for Freedom of Speech, Freedom of Expression About his confinement that lead to excessive force causing injuries on him.

37. Defendant's no. 8, 9, 10, 11, 12, 13, 14 and 15: Southwood STATE Prison Senior Correctional Police G. Carson, S. Brobst, W. Gaskill, K. McMahan, M. Van Kline, N. Gaswick, A. Sorrell and J. Morales violated Plaintiff Eight Amendment: Cruel and ununsal punishment for Freedom of speech lead to excessive force on I-House 2 Foyer where no camera's would provide video, Fabricated a conduct report that Plaintiff assulted Steven Brobst to cover up the excessive force -

18

done on Plaintiff, providing false statements to S.I.D. Ronald Tolbolski to file Affidavit Of ProbableCause to get a criminal complaint in N.J. State court under 2C:12-1B(5)(H), Place in a dry cell, strip search to be humiliate After excessive force done on him, in concert with medical and mental health to deliberate indifference to a serious medical need for his injuries of excessive force, deny him proper treatment and mental health service under A.D.A.

38. Defendant's no. 8,9,10,11,12,13,14 and 15: SouthWood State Prison Senior Correctional Police G. Corson, S. Brobst, W. Gaskill, K. McMahen, M. VonKline, N. Gaswick, A. Sorrell And J. Morales violated Plaintiff ~~Fourteenth Amend-ment~~: Denied Equal Treatment-

19

or Protection of the law inmates
similar situated like Plaintiff in
providing safety, proper medical
care and mental health Treatment
under A.D.A.

39. Defendants no. 16 and 17: Southwood
State Prison medical Department
R.N. ___ Hoggns and R.N. T. Andino
violated Plaintiff's Eight Amendment:
Cruel and unusual punishment by
being in concert with defendant's
(Correctional Police or Senior Correctional
Police) to follow proper procedure
of excessive force done on him by
defendant's and deliberate indifference
to a serious medical need by denying
Plaintiff medical care, leaving it up
to Senior Correctional Police or Correctional
Police to provide Plaintiff medical
help after excessive force was
place on Plaintiff.

40 Defendant's no. 16 and 17: South-
wood State Prison Medical Dept.
R. N. ___ and R. N. T. Andino
violated Plaintiff Fourteenth
Amendment: Denied Equal
Protection of the law or Treatment
inmates similar situated like
him in Providing Adequate
proper procedure for medical
care after Excessive force

41. Defendant's no. 18 and 19: South-
wood State Prison mental health
provider K. Liborio and mental
health Dr. F. Massumone violated
Plaintiff Eight Amendment: Cruel
and unusual punishment not
following policy and procedure
knowing Plaintiff suffer from a
mental disorder After excessive
force was place upon him prior
to defendant's Fabricating evidence

21.

of a assoult that took place on
I-house 2-Foterarea where no
Visible videos or camera's present
to back up defendant's version
what happen, allowing defendants
Senior Correctional POTice, S.I.D.
SGt. Lt. and Administration
all in concert with each other
to fabricate what happen, make
decision pertain to Plaintiff
mental health when they are
not train mental health care
provider, deliberate indifferance
to Plaintiff mental health
crisis and failure to Administer
propercare After excessive force
was done on him.

42. C. If the basis for jurisidiction
is Diversity of citizenship,
what is the state of citizenship
of each party?

22

43. Plaintiff(s) state(s) of citizenship:
Federal Question - under 28 U.S.C.
3 1331, a case involving the U.S.
constitution or Federal Laws or
treaties is a Federal Question
case

44 Defendant(s) state(s) of citizenship:
same as Plaintiff(s)

45. III   STATEMENT OF FACTS

46. A. Where did the Events giving
rise to your claim(s) occur?
South wood STATE Prison
215 South Burlington Rd°,
Bridgeton, New Jersey 08302
(Facility 1- House 2-1 Left Poter).

23

47. B. What date and approximate time did the events giving rise to your claim(s) occur? October 7, 2020 6:06 p.m. Facility 1-House 2-1 left Foyer. - December 3, 2020.

48. C. Facts:

On or about October 7, 2020 Plaintiff housed at South Wood State Prison.

49 Plaintiff was sanctioned on a prior conduct and given extra duty of 4 hours to clean.

50. On or about October 7, 2020 Plaintiff begin his extra duty of cleaning on H-2-1 Foyer Area mopping the Floors and placing wet signs down for safety.

24.

51. On or about October 7, 2020 6:06p.m. Senior Correctional Police officer K. McMahon was overseening Plaintiff perform his extra duty assignment in the H2-1 Foyer Area.

52. Plaintiff encounter Senior Correctional Police officer Steven Brobst passing through the H2-1 Foyer area.

53. Senior Correctional Police officer Steven Brobst observed a wet floor sign that he claim was obstrucing the doorway And order Plaintiff in a unprofessional manner to remove it.

54. Plaintiff attempt to move the wet floor sign when senior Correctional officer Steven Brobst Agitated him And stated "You have No Bussiness over here at all).

25

55. Instead of SCPO Steven Brobst removing the sign, he order the Plaintiff in a Agressive manner to place his hands on the wall toa dopat search.

56. Plaintiff comply, SCPO Steven Brobst then Accuse Plaintiff of assault him with his shoulders.

57. SCPO Steven Brobst then Use excessive force by performing a leg sweep on Plaintiff not consist with his training.

58. SCPO Steven Brobst then Struck Plaintiff with close fist to his face, body And Knees.

59. CPL Michael Poloff then was notify who called code 33 "Emergency".

26

60. SCPO'(s) K. M. McMahan, N. Goswick #6095, W. Gaskill #6070 arrive used excessive force on Plaintiff

61. SCPO's) K. M. McMahan, N. Goswick #6095 and W. Gaskill #6070 use closed fist on Plaintiff face, knees, midsection with there baton when he never resisted.

62. Plaintiff was then secured and place in mechanical restraint.

63. Plaintiff was then escorted to a Facility 1 holding cell.

64. Plaintiff was then medical evaluated by R.N. Tara Andino.

65. R. N. Tara Andino notice injuries to Plaintiff right ankle, right -

27

Ankle, right jaw, left side of face / head.

66. R.N. Tera Andino notice Plaintiff had sperficial scratch / redness/bump to left lower posterior scalp, bruise to left upper cheek and to Forehead

67. Plaintiff complein of pain.

68. R.N. Tera Andino denied Plaintiff to be fully assess due to clothes and hand cuff by defendants.

69. Afterwards Plaintiff was strip search and denied medical attention.

70. On or about Oct 7, 2020 6:40 p.m. SCPO Steven Brobst Administrative -

28

fabricated a conduct report on Plaintiff for violations of NJAC 10A: 4-4.1(a) - Prohibited Acts .002 - assaulting any person And .708 - Refusal to submit to a search.

71. On or about October 7, 2020 6:06p.m. R.N. Tera Andino learn that there wasn't any surveillance footage of Facility 1 House 2 Foyer Area or Video camera located in that area where excessive force took Place on Plaintiff And/or S.I.D. Ronald Tolbolski

72. On or about October 8, 2020 Investigator Ronald Tolbolski #276 place Senior correctional Police S. Brobst on Administrative Investigation

73. SCPO S. Brobst decline his union rep. on Nov. 23, 2020 at 12:52p.m.

29

74. On or about October 9, 2020 Investigator DAvid Goffredi #285 conducted a video recorded interveiw on Plaintiff

75. Plaintiff was Advise of his miranda rights.

Plaintiff explain about his extra duty.

76. Plaintiff reported his previously housing assignment.

77. Plaintiff then inform while doing his extra duty, was inform by SCPO K. McMahon to do something.

78. Plaintiff didn't hear him.

79. SCPO K. McMahon then ordered him Against the wall.

30.

80. Plaintiff was then brought to D Bldg. restrictive housing Unit.

81. Plaintiff then was sanction, release from D Bldg. and housed on 1-1H2R.

82. Plaintiff then Inform Investigator David Goffred #285 on October 7, 2020 at 6:00 p.m. his housing Officer "Figueroa" order him to do extra duty.

83. "Figueroa" claim he didn't do his previously extra duty.

84. Plaintiff inform he thought this was odd, because extra duty on facility 1 is usually conducted between 2:30pm - 3:30p.m.

85. SCPO "Figueroa" stated SCPO McMahon wanted him to sweep and mop the

31

1H and 2H foyer area

86. Plaintiff did his extra duty.

87. Plaintiff observed SCPO McMahon sitting in a chair.

88. Plaintiff then encounter SCPO S. Brobst who he never seen before.

89. SCPO S. Brobst in a aggressive manner ordered Plaintiff to take the wet signs away from the door.

90. SCPO S. Brobst then ask Plaintiff what he doing there replied" working for SCPO McMahon".

91. SCPO S. Brobst then ordered Plaintiff to the wall which he-

32

complied. SCPO S. Brobst inform Plaintiff he have no bussiness being over there.

92. SCPO S. Brobst then accuse Plaintiff of assault with his shoulders.

93. SCPO S. Brobst then use excessive force by sweeping Plaintiff legs And swung his body to the ground and began striking him with closed fist.

94. Plaintiff inform Investigator DAvid Goffred # 285 not one time he assaulted SCPO S. Brobst.

95. Then SCPO K. MCMahon then come over strike Plaintiff with a close fist, in his head & body multiple times

33

96. Plaintiff inform other SCPO(s) arrive and join in with close fist to his body and head. N. Goswick #6095 And W. Gaskill #6070.

97. Plaintiff inform Investigator David Goffredi #285, during escort he heard white John Doe second shift (5) day Sgt. say " I'm disappointed in you all, I thought I would see more blood".

98. Plaintiff then Inform Investigator David Goffredi #285 he was then escorted to D Bldg. And strip of his clothes.

99. Plaintiff stayed naked until the third shift officer come through and gave him clothes.

100. On or about October 9, 2020 NJDOC-

34

Central Office S.I.D. received a telephone call from Plaintiff Atty.

101. Atty on Plaintiff stated his mother called And inform he wasn't getting proper medical attention from excessive force.

102. Plaintiff was then re-evaluated by SWSP medical.

103. R.N. Sharon Searmon evaluated Plaintiff reported the following:

104. Injuries from prior Altercation Im assessed, evaluated And treated.

105. On or about October 7, 2022 Investigator DAvid Goffredi #285 tried to reveiw camera at 6:13:14 p.m And 6:17:08pm of excessive force none was Available Or no Camera's

35

106. Capture H2 Foyer area.

107. On or about October 9, 2022.20 Disciplinary hearing Officer Christy RALPH issue sanctions on Plaintiff.

108. OO2 - Assault ANY Person - 365 Days in R.H.U.; 120 dAys loss of Comp time; And 10 days loss of Recreational Priviledges.

109. On or about October 13, 2020 Senior Correctional Police Wilbert Gaskill #6070 on Administrative Investigative hold by Investigator Ronald Tobolski #276

110. SCPO Wilbert didn't want his Union representation at the time on October 20, 2020 at 2:25 p.m.

36

111. On or about October 13, 2020 Senior Correctional Police Kenneth McMahon #6088 on Administrative Investigative hold by Investigator Ronald Tolbolski #276

112. SCPO McMahon didn't want his union representation at the time on November 18, 2020 3:28p.m.

113. On or about October 13, 2020 Senior Correctional police Nicholas Goswick #198221 on Administrative Investigator hold by Investigator Ronald Tolbolski #276

114. SCPO Goswick didn't want his union representation at the time on October 14, 2020 11:40 p.m.

115. On or about October 13, 2020 Senior Correctional POlice ALLen Sorrell #6282

37

On Administrative Investigative
hold by Investigator Ronald
Tolsolski #276

116. SCPO Sorrell didn't want his
union representation at the
time on October 22, 2020 9:39 a.m.

117. On or about October 13, 2020 Correctional
Police Sgt. Chad Muessig on
Administrative Investigative
hold by Investigator Ronald
Tolsolski #276

118. CPSgt. Muessig didn't want his
union representation at the
time on November 17, 2020 1:40p.m.

119. On or about October 22, 2020 Correctional
Police Sgt. Glendon Carson on
administrative Investigative hold
by Investigator Ronald Tolsolski #276.

120. CP Sgt. Corson didn't want his union representation at the time on October 26, 2020 2:10 p.m.

121. On or about October 22, 2020 Senior Correctional Police Jamie Morales #4554 on Administrative Investigative hold by Investigator Ronald Tolbolski #276.

122. CP Morales didn't want his union representation at the time on October 29, 2020 3:36 p.m.

123. On or about October 22, 2020 Correctional Police Sgt. Pablo Betancourt #1975 on Administrative Investigator hold by Investigator Ronald Tolbolski #276

124. CP Sgt. Betancourt didn't want his union representation at the -

on October 26, 2020 2:48p.m.

125. On or about November 25, 2020
Investigator Ronald TOlbolski
filed a fabricated criminal
complaint on Plaintiff with
Prosecutor ofc. (CCPO) in Cumberlad
County " Charles Wettstein

126. Investigator Ronald TOlbolski
never inform Cumberlad Prosecutor
"Charles Wettstein" there's no
Video of alledged assault on
October 7, 2020 6:06p.m. by
Plaintiff, or denied medical
attention Aftewends etc.

127. On November 25, 2020 Cumberlad
County Prosecutor "Charles Wettstein"
Advised Plaintiff he will
Authorized charges for third-
Degree Assault on a Law ENforce-

40

ment on MAY 3, 2022 to answer charges.

128. On or about December 1, 2020
New Jersey State Police (NJSP)
Allison Gosley finger printed
Plaintiff

129. On or about December 3, 2020
Plaintiff was charged by
Cumberland Prosecutor Charles
Wettstein and sechedule MAY 3, 2022 for
fabricated charges of 2C:12-1B
(5)(H) - Aggravated Assult on a
Law Enforce ment Officer ....
Third Degree in Cumberland County.

130. IV. Injuries

131. If you sustained injuries related to
the events alledged Above, describe
them and state medical treatment
if any you required and received.

41.

132. Plaintiff sustained injuries by S.W.S.P. S.P.C.O'(s) G. Corson, S. Brabst, W. Gaskill, K. McMahon, M. Vankline, N. Goswick, A. Sorrell and J. Morales to his face, head, body with open fist, baton, denied medical attention Afterwards- "Proper", mental health service, and charge of a outside case fabricated by S.I.D. Donald Tolbolski in Cumber County.

133. V.    Relief:

134. Wherefore, Plaintiff respectfully prays that this court Enter judgement granting Plaintiff:

135. A declaration that the acts and omissions described herein violated Plaintiff's rights under the constituti- on and laws of the United states.

42.

136. Compensator damages in the amount of $500,000.00 against each defendant, jointly and severally.

137. Punitive damages in the amount of $500,000.00 against each defendant.

138. A jury trial on all issues tricible by jury.

139. Plaintiff cost in this suit

140. Any additional relief this court deem just, proper and equitable.

141. I declare under penalty of prejury that the foregoing is true and correct day 16th of May 2022

Signature of Plaintiff
Mailing Address: East Jersey State Prison 180 Wood Bridge Rd Lock BAG

43

R RAyway, NJ 07065
Telephone number


Signature of Plaintiff
Anthony Fontanez

RECEIVED

MAY 2 0 2022

AT 8:30_____M
WILLIAM T. WALSH, CLERK


/S/ Anthony Fontanez


44